**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 23-1478**

_____

In re: DALLAS EDWARD WEBER, JR.,

        Petitioner.

_____

On Petition for Writ of Mandamus to the United States District Court for the Northern District of West Virginia at Clarksburg. (Nos. 1:21-cr-00020-TSK-MJA-1; 1:22-cv-00021-TSK)

_____

Submitted: June 15, 2023                                Decided: June 21, 2023

_____

Before DIAZ, RICHARDSON, and HEYTENS, Circuit Judges.

_____

Petition denied by unpublished per curiam opinion.

_____

Dallas Edward Weber, Jr., Petitioner Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dallas Edward Weber, Jr., petitions for a writ of mandamus, alleging that the district court has unduly delayed acting on his motion under 28 U.S.C. § 2255. He seeks an order from this court directing the district court to act. Our review of the district court's docket reveals that the district court entered an order adopting the magistrate judge's report and recommendation and denied relief on Weber's motion. Accordingly, because the district court has recently decided Weber's case, we deny the mandamus petition as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*

2